NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000924
18-SEP-2019
10:00 AM

NO. CAAP-18-0000924

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HALE MAHAOLU EHIKU, Plaintiff-Appellee, v.
PRISCILLA MITCHELL, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISIOIN
(DC CIVIL NO. 18-1-1962)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation for Voluntary Dismissal of Appeal Filed November 30, 2018," filed August 15, 2019, by Plaintiff-Appellee Hale Mahaolu Ehiku, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, September 18, 2019.

Chief Judge

Associate Judge

Associate Judge